IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

KATHRYN REYNOLDS,

    Plaintiff,                   No. CIV S-07-1070 MCE GGH PS

    vs.

JESSICA SWEDELIUS,                ORDER

    Defendant.

_____/

    On June 16, 2007, plaintiff filed a "Voluntary Notice of Dismissal" of this action. Accordingly, IT IS HEREBY ORDERED that defendant notify this court, within ten days, whether she has any objection to the requested dismissal. Should defendant fail to respond, plaintiff's request will be granted pursuant to Fed. R. Civ. P. 41(a)(2).

DATED: 6/25/07

/s/ Gregory G. Hollows

GREGORY G. HOLLOWS
UNITED STATES MAGISTRATE JUDGE

ggh5:Reyn1070.dism

1