IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

KATHRYN REYNOLDS,

    Plaintiff,                              No. CIV S-07-1070 MCE GGH PS

    vs.

JESSICA SWEDELIUS,                              <u>ORDER</u>

    Defendant.

_____/

        Pursuant to this court's order filed June 25, 2007, defendant has not filed an objection to plaintiff's notice of voluntary dismissal filed June 14, 2007.

        Accordingly, THIS ACTION IS HEREBY DISMISSED pursuant to Fed. R. Civ. P. 41(a)(2). The Clerk of the Court shall close this case.

        SO ORDERED.

DATED: 7/24/07                             /s/ Gregory G. Hollows

                                                  GREGORY G. HOLLOWS
                                                  UNITED STATES MAGISTRATE JUDGE

GGH5:Reyn1070.dism.II